# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **Oogie Solutions LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8481 | 12/7/2022 | $165.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8464 | 12/6/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8491 | 12/7/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8489 | 12/7/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8488 | 12/7/2022 | $602.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8487 | 12/7/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8486 | 12/7/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8485 | 12/7/2022 | $443.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8484 | 12/7/2022 | $165.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8493 | 12/7/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8482 | 12/7/2022 | $330.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8494 | 12/7/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8478 | 12/6/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8475 | 12/6/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8474 | 12/6/2022 | $535.68 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8472 | 12/6/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8470 | 12/6/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8469 | 12/6/2022 | $602.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8466 | 12/6/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8522 | 12/8/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8483 | 12/7/2022 | $165.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8505 | 12/7/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 7993 | 10/5/2022 | $133.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8520 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8519 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8518 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8517 | 12/8/2022 | $303.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8516 | 12/8/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8515 | 12/8/2022 | $340.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8514 | 12/8/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8492 | 12/7/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8512 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8463 | 12/6/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8503 | 12/7/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8502 | 12/7/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8501 | 12/7/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8500 | 12/7/2022 | $412.32 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8499 | 12/7/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8497 | 12/7/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8496 | 12/7/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8495 | 12/7/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8513 | 12/8/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8004 | 10/5/2022 | $1,393.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8465 | 12/6/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8043 | 10/12/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8042 | 10/12/2022 | $267.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8041 | 10/12/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8040 | 10/12/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8039 | 10/12/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8038 | 10/12/2022 | $133.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8007 | 10/5/2022 | $1,393.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8045 | 10/12/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8005 | 10/5/2022 | $1,393.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8046 | 10/12/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8003 | 10/5/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8002 | 10/5/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8001 | 10/5/2022 | $237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8000 | 10/5/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 7999 | 10/5/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 7998 | 10/5/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 7997 | 10/5/2022 | $267.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 7994 | 10/5/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8006 | 10/5/2022 | $1,393.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8055 | 10/12/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8462 | 12/6/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8461 | 12/6/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8460 | 12/6/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8459 | 12/6/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8458 | 12/6/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8060 | 10/12/2022 | $340.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8059 | 10/12/2022 | $273.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8058 | 10/12/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8044 | 10/12/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8056 | 10/12/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8523 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8054 | 10/12/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8053 | 10/12/2022 | $103.08 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8052 | 10/12/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8051 | 10/12/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8050 | 10/12/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8049 | 10/12/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8048 | 10/12/2022 | $273.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8047 | 10/12/2022 | $340.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8057 | 10/12/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8581 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8570 | 12/9/2022 | $334.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8594 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8593 | 12/9/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8592 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8591 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8590 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8589 | 12/9/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8588 | 12/9/2022 | $309.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8681 | 12/28/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8582 | 12/9/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8682 | 12/28/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8580 | 12/9/2022 | $170.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8579 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8578 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8577 | 12/9/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8576 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8575 | 12/9/2022 | $370.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8572 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8521 | 12/8/2022 | $510.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8584 | 12/9/2022 | $309.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8701 | 12/30/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8729 | 1/4/2023 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8728 | 1/4/2023 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8727 | 1/4/2023 | $185.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8708 | 12/30/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8707 | 12/30/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8706 | 12/30/2022 | $613.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8705 | 12/30/2022 | $407.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8704 | 12/30/2022 | $309.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8595 | 12/9/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8702 | 12/30/2022 | $200.88 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8569 | 12/9/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8700 | 12/30/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8699 | 12/30/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8689 | 12/28/2022 | $170.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8688 | 12/28/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8686 | 12/28/2022 | $340.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8685 | 12/28/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8684 | 12/28/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8683 | 12/28/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8703 | 12/30/2022 | $401.76 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8532 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8571 | 12/9/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8541 | 12/8/2022 | $237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8540 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8539 | 12/8/2022 | $170.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8538 | 12/8/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8537 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8536 | 12/8/2022 | $170.04 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8535 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8543 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8533 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8544 | 12/8/2022 | $334.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8531 | 12/8/2022 | $510.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8530 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8529 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8528 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8527 | 12/8/2022 | $783.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8526 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8525 | 12/8/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8524 | 12/8/2022 | $613.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8534 | 12/8/2022 | $273.12 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8558 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8568 | 12/9/2022 | $103.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8567 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8566 | 12/9/2022 | $206.16 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8565 | 12/9/2022 | $546.24 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8564 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8563 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8562 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8561 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8542 | 12/8/2022 | $237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8559 | 12/9/2022 | $66.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8730 | 1/4/2023 | $82.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8557 | 12/9/2022 | $66.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8556 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8555 | 12/9/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8551 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8548 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8547 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8546 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8545 | 12/8/2022 | $133.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 823064 | $28,063.14 | 3/9/2023 | 8560 | 12/9/2022 | $66.96 |

**Totals:**    **1 transfer(s),**    **$28,063.14**